UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

FILED/REC'D
2026 FEB -2 A 10: 44
CLERK OF COURT
U.S. DISTRICT COURT
. D OF WI

MICHAEL JASON DUCYLOWYCZ,

Plaintiff,

26-cv-82 -jdp

v.

BEGERT STAINLESS, INC.,

Defendant.

COMPLAINT

I. JURISDICTION AND VENUE

This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1331.

Venue is proper in this District under 28 U.S.C. § 1391(b).

Plaintiff exhausted administrative remedies and received a Right to Sue dated January 27, 2026.

II. PARTIES

Plaintiff Michael Jason Ducylowycz resides in Wisconsin.

Defendant Begert Stainless, Inc. is a Wisconsin corporation.

III. FACTUAL ALLEGATIONS

Defendant maintained an employer-endorsed religious environment.

Plaintiff did not share Defendant's religious beliefs.

Plaintiff was disciplined and terminated.

Termination was based on Plaintiff's police report.

The statement was made by Allen Fischer, Production Manager.

IV. CLAIMS

Religious Discrimination and Retaliation under Title VII.

V. DAMAGES

Economic and emotional damages.

VI. PRAYER FOR RELIEF

Plaintiff seeks all relief permitted by law.

VII. JURY DEMAND

Plaintiff demands a jury trial.

Michael Jason Ducylowycz

212600 State Highway 97, Lot 25

Stratford, WI 54484

(715) 223-9455